UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KEVIN D. HILL,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JOE LIZZARAGA, Warden,<br><br>　　　　Respondent. | Case No. CV 15-6132 BRO (AJW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report.

DATED: December 15, 2015

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Beverly Reid O'Connell
　　　　　　　　　　　　　　　　United States District Judge