**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **KEVIN D. HILL,** | Case No. CV 15-6132-BRO(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| **JOE LIZZARAGA, Warden,** | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

DATED:  December 15, 2015

_____
Beverly Reid O'Connell
United States District Judge